UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

-----------------------------------X

04-61703 CIV-MARRA
MAGISTRATE JUDGE
SELTZER

Ventrassist Pty Ltd. and University of
Technology at Sydney,

           Plaintiffs,

v.

Heartware Inc.,

           Defendant.

-----------------------------------X

Civil Action No.

COMPLAINT FOR PATENT
INFRINGEMENT AND
JURY DEMAND

## COMPLAINT

Plaintiffs, by their undersigned attorneys, for their Complaint against Defendant, allege as follows:

### JURISDICTION AND VENUE

1. This cause of action arises under the Patent Laws of the United States, 35 U.S.C. § 101 et. seq.

2. Jurisdiction of the subject matter of this action is conferred on this Court by 28 U.S.C. § 1338(a).

3. Upon information and belief, Defendant has a principle place of business in this district, transacts business within this district, advertises and sells products and services within this district, derives substantial revenues from intra-state and inter-state commerce and has committed acts of patent infringement within this district and also without this district having injurious

{FT253018;1}

consequences within this district, and Defendant is otherwise within the jurisdiction of this court. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1400.

## THE PARTIES

4. Plaintiff Ventrassist Pty Ltd. ("Ventrassist") is a Australian Corporation having a principle place of business at 126 Greville Street, Chatswood NSW 2067, Australia.

5. Plaintiff University of Technology at Sydney ("UTS") is a university located in Sydney, Australia.

6. Upon information and belief, Defendant Heartware, Inc. ("Heartware") is a Florida Corporation having a principle, regular and established place of business at 3351 Executive Way, Miramar, Florida 33025.

7. Defendant entity is collectively referred to herein as Defendant, except where specifically noted.

## ALLEGATIONS

8. Plaintiffs are the owners by assignment of all rights, title and interest, of United States Patent Nos. 6,227,797 and 6,609,883 ("the patents in suit"), directed generally to a ventricular assist device, (VAD) for use in patients suffering from heart failure.

9. Defendant is making, using, selling and/or offering for sale products and methods that infringe upon the patents in suit under one or more sections of 35 U.S.C. §271 and is liable as direct, contributory, and/or inducers of the infringement.

{FT253018;1}

2

10. Defendant continues to make, use, sell and/or offer for sale products and/or methods that infringe upon plaintiff's patent rights, and is believed to have full knowledge of such rights, and the intent to continue infringing such rights. Defendant's infringement is willful.

## COUNT I - PATENT INFRINGEMENT OF U.S. PATENT NOS. 6,227,797 and 6,609,883

11. Plaintiffs re-allege all of the foregoing paragraphs as if fully set forth herein.

12. Defendant is liable to plaintiffs for damages for patent infringement.

13. All of the acts of Defendant is without the permission, license or consent of Plaintiffs and, if allowed to continue, will cause irreparable injury to Plaintiffs, unless enjoined by the Court.

14. Defendant have been unjustly enriched and Plaintiffs are entitled to an accounting and award of damages, interest, attorneys' fees and costs.

15. Defendant's foregoing activities have damaged Plaintiffs in an amount as yet unknown, but if Defendant's foregoing activities continue, Plaintiff believes damages will be many millions of dollars.

## JURY DEMAND

16. Plaintiffs hereby demand trial by jury.

## PRAYER

**WHEREFORE,** Plaintiffs demand judgment, including:

A.  A declaration that Defendant's products and services infringe United States Patent Nos. 6,227,797 and 6,609,883, and that such infringement is, was and will continue to be willful;

{FT253018;1}

3

    B.    An accounting and award for damages, interest, attorneys' fees and costs of this action;

    C.    An award of treble damages for Defendant's willful infringement of the patents in suit;

    D.    A permanent injunction against Defendant, prohibiting the continuance of their infringing activities; and

    E.    Such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: December 21, 2004

AKERMAN SENTERFITT
Attorneys for Plaintiff
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail: Marc.Gottlieb@akerman.com

By: _____
Marc J. Gottlieb
Florida Bar No.: 0827819
Joseph W. Bain
Florida Bar No.: 860360

KAPLAN & GILMAN, L.L.P.
Jeffrey I. Kaplan (JK 4706)
Attorneys for Plaintiff
900 Route 9 North
Woodbridge, NJ 07095
Telephone (732) 634-7634
Facsimile (732) 634-6887
E-Mail: jkaplan@kaplangilman.com

{FT253018;1}

Case 0:04-cv-61703-KAM   Document 1   Entered on FLSD Docket 12/22/2004   Page 5 of 5

The JS-44 civil cover sheet and the information contained i   i neither replace nor supplement the filing and service of   ding or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I.(a) PLAINTIFFS<br>VENTRASSIST PTY LTD., 126 GREVILLE STREET, CHATSWOOD NSW 2067, AUSTRALIA; UNIVERSITY OF TECHNOLOGY AT SYDNEY, SYDNEY, AUSTRALIA | DEFENDANTS<br>HEARTWARE INC., 3351 EXECUTIVE WAY, MIRAMAR, FLORIDA 33025 |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br><br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br><br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) MARC J. GOTTLIEB, ESQ., AKERMAN SENTERFITT, 350 E. LAS OLAS BLVD., SUITE 1600, FORT LAUDERDALE, FL 33301; 954-463-2700/954-463-2224 | ATTORNEYS (IF KNOWN) |

04-61703-CIV-MARRA
MAGISTRATE JUDGE SELTZER

(d) CIRCLE COUNTY WHERE ACTION AROSE: MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

| II. BASIS OF JURISDICTION (PLACE AN X ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only) | | | (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) | | |
|---|---|---|---|---|---|---|
| □ 1. U.S. Government Plaintiff   □ X 3. Federal Question (U.S. Government Not a Party) | | PTF | DEFS | | PTF | DEFS |
| | Citizen of This State | □ 1 | □ 1 | Incorporated of Principal Place of Business in This State | □ 4 | □ 4 |
| □ 2. U.S. Government Defendant   □ 4. Diversity (Indicate Citizenship of Parties in item III) | Citizen of Another State | □ 2 | □ 2 | Incorporated of Principal Place of Business in Another State | □ 5 | □ 5 |
| | Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) **This action is brought pursuant to 35 U.S.C. 271 PATENT INFRINGEMENT.**

IVa. TEN (10) days estimated (for both sides) to try entire case

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A. CONTACT | A. TORTS | | FORFEITURE PENALTY | A. BANKRUPTCY | A. OTHER STATUS |
|---|---|---|---|---|---|
| | PERSONAL INJURY | | B □ 610 Agriculture | □ 422 Appeal 26 USC 156 | □ 400 States Reappointment |
| □ 110 Insurance | □ 310 Airplane | **PERSONAL INJURY** | B □ 620 Other Food & Drug | □ 423 Withdrawal 28 USC 157 | □ 410 Antitrust |
| □ 120 Marine | □ 315 Airplane Product Liability | □ 362 Personal Injury-Med Malpractice | B □ 625 Drug Related Seizure of Property 21 USC 881 | | □ 430 Banks and Banking |
| □ 130 Miller Act | □ 320 Assault, Libel and Slander | □ 365 Personal Injury-Product Liability | B □ 630 Liquor Laws | **A. PROPERTY RIGHTS** | □ 450 Commerce/ICC Rates/etc. |
| □ 140 Negotiable Instrument | | | B □ 640 R.R. & Truck | | □ 460 Deportation |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers' Liability | □ 368 Asbestos Personnel Injury Product Liability | B □ 650 Airline Regs | □ 820 Copyrights | □ 470 Racketeer Influenced and Corrupt Organizations |
| □ 151 Medicare Act | □ 340 Marine | | B □ 660 Occupational SafetyHealth | X□ 830 Patent | □ 810 Selective Service |
| B□ 152 Recovery of Defaulted Student Loans (Excl Veterans) | □ 345 Marine Product Liability | **PERSONAL PROPERTY** | B □ 690 Other | □ 840 Trademark | □ 850 Securities/ Commodities/Exchange |
| B□ 153 Recovery of Overpayment of Veteran's Benefits | □ 350 Motor Vehicle | □ 370 Other Fraud | | **B. SOCIAL SECURITY** | □ 875 Customer Challenge 12USC3410 |
| | | □ 371 Truth in Lending | | □ 861 HLA (13958) | |
| □ 160 Stockholder's Suits | □ 355 Motor Vehicle Product Liability | □ 380 Other Personnel Property Damage | **A. LABOR** | □ 862 Black Lung (923) | □ 891 Agricultural Acts |
| X 190 Other Contract | □ 360 Other Personal Injury | □ 385 Property Damage Product Liability | □ 710 Fair Labor Standards Act | □ 863 DIWC/DIWW (405)(g) | □ 892 Economic Stabilization Act |
| □ 195 Contract Product Liability | | | □ 720 Labor Management Relations | □ 864 SSID Title XVI | □ 893 Environmental Matters |
| **A. REAL PROPERTY** | **A. CIVIL RIGHTS** | **B PRISONER PETITIONS** | □ 730 Labor Management Reporting & Disclosure Act | □ 865 RSI (405)(g) | □ 894 Energy Allocation Act |
| □ 210 Land Condemnation | □ 441 Voting | B □ 510 Motions to Vacate Sentence | □ 740 Railway Labor Act | **A. FEDERAL TAX SUIT** | □ 895 Freedom of Information Act |
| B □ 220 Foreclosure B | □ 442 Employment | | □ 790 Other Labor Litigation | □ 870 Taxes (US Plain tiff or Defendant) | |
| □ 230 Rent Lease & Ejectment | □ 443 Housing/ Accommodations | Habeas Corpus | A □ 791 Employee Ret. Inc. Security Act | | □ 900 Appeal of Fee Determination Under Equal Access to Justice |
| □ 240 Torts to Land | | B □ 530 General | | □ 871 IRS-Third Party 26 USC 7609 | |
| □ 245 Tort Product Liability | □ 444 Welfare | A □ 535 Death Penalty | | | □ 950 Constitutionality of State Statutes |
| □ 290 All Other Real Property | □ 440 Other Civil Rights | B □ 540 Mandamus & Other | | | □ 890 Other Statutory Action A or B |
| | | B □ 550 Civil Rights | | | |
| | | B □ 555 Prison Condition | | | |

| VI. ORIGIN | | | (PLACE AN X IN ONE BOX ONLY) | | | |
|---|---|---|---|---|---|---|
| X 1. Original Proceeding | □ 2. Removed From State Court | □ 3. Remanded From Appellate Court | □ 4. Reinstated or Reopened | □ 5. Transferred from another district (specify) | □ 6. Multidistrict Litigation | □ 7. Appeal to District Judge from Magistrate Judgment |

| VII. REQUESTED IN COMPLAINT | □ Check if this is a CLASS ACTION<br>□ UNDER F.R.C.P. 23 | DEMAND $1,000,000+ | CHECK YES only if demanded in complaint<br>JURY DEMAND: □X YES   □ NO |
|---|---|---|---|

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE_____ DOCKET NO_____

DATE December 21, 2004

SIGNATURE OF ATTORNEY OF RECORD

For Office Use Only: Receipt # 532737   Amount $150.00   Applying IFP_____   Judge_____

FT253034;1}