Case 0:04-cv-61703-KAM   Document 18   Entered on FLSD Docket 03/07/2005   Page 1 of 5

FILED by MC D.C.
ELECTRONIC

Mar 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------------ X
                                                             :
Ventrassist Pty Ltd. and University of                       :
Technology at Sydney,                                        :
                                                             :      Civil Action No.
                    Plaintiffs,                              :      04-61703-CIV-MARRA/SELTZER
                                                             :
       v.                                                    :      **FIRST AMENDED**
                                                             :      **COMPLAINT FOR PATENT**
Heartware Inc.,                                              :      **INFRINGEMENT AND**
                                                             :      **JURY DEMAND**
                    Defendant.                         X
------------------------------------------------------------

## FIRST AMENDED COMPLAINT

Plaintiffs, by their undersigned attorneys, for their Complaint against Defendant, allege as follows:

## JURISDICTION AND VENUE

1. This cause of action arises under the Patent Laws of the United States, 35 U.S.C. § 101 et. seq.

2. Jurisdiction of the subject matter of this action is conferred on this Court by 28 U.S.C. § 1338(a).

3. Defendant has a principal place of business in this district, transacts business within this district, and has committed acts of patent infringement within this district, and Defendant is otherwise within the jurisdiction of this court. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1400.

{WP223473;1}

## THE PARTIES

4. Plaintiff Ventrassist Pty Ltd. ("Ventrassist") is a Australian Corporation having a principal place of business at 126 Greville Street, Chatswood NSW 2067, Australia.

5. Plaintiff University of Technology at Sydney ("UTS") is a university located in Sydney, Australia.

6. Upon information and belief, Defendant Heartware, Inc. ("Heartware") is a Florida Corporation having a principal, regular and established place of business at 3351 Executive Way, Miramar, Florida 33025.

7. Defendant Heartware is collectively referred to herein as Defendant, except where specifically noted.

## ALLEGATIONS

8. Plaintiffs are the owners by assignment of all rights, title and interest, of United States Patent Nos. 6,227,797 and 6,609,883 ("the patents in suit"), directed generally to a ventricular assist device, (VAD) for use in patients suffering from heart failure.

9. Defendant is making and/or using products and methods, including but not limited to, research and development activities within the United States directed to multiple product types for foreign fundraising, foreign commercialization and foreign regulatory approval, that infringe upon the patents in suit under one or more sections of 35 U.S.C. §271 and that are not exempt under 35 U.S.C. § 271(e) or otherwise. Defendant is liable as a direct infringer, a contributory infringer, and/or an inducer of the infringement.

10. Defendant continues to make and/or use products and/or methods that infringe upon plaintiff's patent rights, and is believed to have full knowledge of such rights, and the intent to continue infringing such rights. Defendant's infringement is willful.

## COUNT I - PATENT INFRINGEMENT OF U.S. PATENT NOS. 6,227,797 and 6,609,883

11. Plaintiffs re-allege all of the foregoing paragraphs as if fully set forth herein.

12. Defendant is liable to plaintiffs for damages for patent infringement.

13. All of the acts of Defendant are without the permission, license or consent of Plaintiffs and, if allowed to continue, will cause irreparable injury to Plaintiffs, unless enjoined by the Court.

14. Defendant have been unjustly enriched and Plaintiffs are entitled to an accounting and award of damages, interest, attorneys' fees and costs.

15. Defendant's foregoing activities have damaged Plaintiffs in an amount as yet unknown, but if Defendant's foregoing activities continue, Plaintiff believes damages will be many millions of dollars.

## JURY DEMAND

16. Plaintiffs hereby demand trial by jury.

## PRAYER

**WHEREFORE,** Plaintiffs demand judgment, including:

A.   A declaration that Defendant's products infringe United States Patent Nos. 6,227,797 and 6,609,883, and that such infringement is, was and will continue to be willful;

{WP223473;1}

B.  An accounting and award for damages, interest, attorneys' fees and costs of this action;

C.  An award of treble damages for Defendant's willful infringement of the patents in suit;

D.  A permanent injunction against Defendant, prohibiting the continuance of their infringing activities; and

E.  Such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: March 7, 2005

AKERMAN SENTERFITT
Attorneys for Plaintiff
222 Lakeview Avenue
Suite 400
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
E-mail: Joseph.Bain@akerman.com

By: /s/ Joseph W. Bain
Joseph W. Bain
Florida Bar No.: 860360
Marc J. Gottlieb
Florida Bar No.: 0827819

KAPLAN & GILMAN, L.L.P.
Jeffrey I. Kaplan (JK 4706)
Attorneys for Plaintiff
900 Route 9 North
Woodbridge, NJ 07095
Telephone (732) 634-7634
Facsimile (732) 634-6887
E-Mail: jkaplan@kaplangilman.com

{WP223473;1}

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing First Amended Complaint was furnished by facsimile and U.S. mail this 7th day of _March_, 2005 to:

James A. Gale, Esq.
FeldmanGale, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131

and

George H. Gerstman, Esq. (pro hac vice)
David L. Newman, Esq. (pro hac vice)
SEYFARTH SHAW LP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603

_____
Joseph W. Bain