UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-61703-CIV-MARRA/SELTZER

VENTRASSIST PTY LTD. and UNIVERSITY
OF TECHNOLOGY AT SYDNEY,

        Plaintiffs,

vs.

HEARTWARE, INC.,

        Defendants.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant, HeartWare, Inc. ("HeartWare"), by and through its attorneys, hereby files its Response to Plaintiffs' Ventrassist Pty Ltd. And University of Technology at Sydney (collectively, "Plaintiffs") First Amended Complaint for Patent Infringement and Jury Demand ("First Amended Complaint"), and respectfully states as follows:

1. Plaintiffs filed their initial complaint against HeartWare on December 21, 2004.

2. In response, HeartWare filed a Motion for Dismissal or Summary Judgment ("Motion to Dismiss") on February 7, 2005.

3. Plaintiffs filed the First Amended Complaint on March 7, 2005.

4. A response to Plaintiffs' First Amended Complaint is due on or before March 21, 2005.

5. Counsel for the parties have conferred and stipulate that the pending Motion to Dismiss should be regarded as still at issue, notwithstanding the later filing of the First Amended Complaint. This stipulation is memorialized in Plaintiffs' Response to Defendant's Motion to Dismiss (p. 2), which was served on HeartWare on March 11, 2005.

6. Accordingly, HeartWare hereby adopts and incorporates by reference herein, in its entirety, the Motion to Dismiss filed on February 7, 2005, and respectfully requests that the Court consider same in response to Plaintiffs' First Amended Complaint.

FELDMAN GALE, P.A.
Miami Center, Suite 1920
201 S. Biscayne Blvd.
Miami FL 33131
Tel: (305) 358-5001
Fax: (305) 358-3309

By: _____
James A. Gale
Florida Bar No. 371726
jgale@FeldmanGale.com
Gregory L. Hillyer
Florida Bar No. 682489
ghillyer@FeldmanGale.com

-AND-

George H. Gerstman, Esq. (*pro hac vice*)
David L. Newman, Esq. (*pro hac vice*)
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing has been sent via U.S. Mail this 17th day of March 2005 to: Jeffrey I. Kaplan, Esq., Kaplan & Gilman, L.L.P., 900 Route 9 North, Woodbridge, NJ 07095 Marc J. Gottlieb, Esq., Akerman Senterfitt, Las Olas Centre II, Suite 1600, 350 East Las Olas Blvd., Ft. Lauderdale, FL 33301-2229

_____

2