UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61703-Civ-MARRA/SELTZER

VENTRASSIST PTY LTD. and
UNIVERSITY OF TECHNOLOGY
AT SYDNEY

    Plaintiffs

vs.

HEARTWARE INC.

    Defendant.

_____/

FILED by ___ D.C.
DEC - 2 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Stipulated Dismissal With Prejudice. After review of the stipulation, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that this Cause be, and the same is, hereby DISMISSED with prejudice. Fed. R. Civ. P. 41(a). Any pending motions are denied as moot. This case is CLOSED.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of December, 2005.

                                                            KENNETH A. MARRA
                                                            United States District Judge

Copies to:
All counsel of record
Magistrate Judge Seltzer